UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

Plaintiff,

v.

PHIL BIRKMYER,

Defendant.

Case No. 3:26-cv-05502-JSC

**ORDER ADOPTING REPORT AND RECOMMENDATIO AND DISMISSING ACTION**

Re: Dkt. Nos. 7, 9

The Court has reviewed Magistrate Judge Laurel Beeler's report and recommendation to dismiss this action for lack of subject matter jurisdiction and failure to allege a plausible claim for relief. (Dkt. No. 9.) Because the Complaint did not plead any federal claims and did not state a basis for diversity jurisdiction, Judge Beeler ordered Plaintiff to show cause as to how the court had subject matter jurisdiction over his claims. (Dkt. No. 7.) Judge Beeler ordered Plaintiff to file a written response to the Court's order by September 7, 2026 explaining how he was harmed, who harmed him, why he was harmed, and when he was harmed. (Dkt. No. 7 at 6.) When Plaintiff failed to respond, Judge Beeler issued the underlying report and recommendation that the action be dismissed for failure to state a viable claim and lack of subject matter jurisdiction. (Dkt. No. 9.)

Objections to Judge Beeler's order were due on or before September 29, 2026. *See* Fed. R. Civ. P. 72(b)(2). As of today's date, no objection or other response has been filed by any party.

Having reviewed the matter de novo, the Court ADOPTS the Report and Recommendation in its entirety and dismisses the action without prejudice for lack of subject matter jurisdiction.

//

//

United States District Court
Northern District of California

This Order disposes of Docket No. 9.

**IT IS SO ORDERED.**

Dated: September 30, 2026

JACQUELINE SCOTT CORLEY
United States District Judge